UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, :
and VERIZON COMMUNICATIONS INC.,            :  No. 08 cv 427 (LAK)
                                             :
            Petitioners,                     :
                                             :
    vs.                                      :  **PETITIONERS' CORPORATE**
                                             :  **DISCLOSURE STATEMENT**
PATRICIA BROWN, HAROLD P. SCHROER, and       :
DAWN M. ZOBRIST, on an individual basis and on :
behalf of others similarly situated,         :
                                             :
            Respondents.                     :
                                             :
------------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, petitioners submit the following disclosure statement:

Petitioner Cellco Partnership d/b/a Verizon Wireless ("Cellco") is a general partnership formed under the laws of the State of Delaware. Cellco has seven partners in total, three of which own a 10% or greater interest: Bell Atlantic Cellular Holdings, L.P.; GTE Wireless Incorporated; and JV PartnerCo, LLC. Cellco's ultimate parent corporations are (1) Verizon Communications Inc., which is publicly traded and indirectly owns a 55% interest in Cellco, and (2) Vodafone Group Plc, which is publicly traded and indirectly owns a 45% interest in Cellco.

Petitioner Verizon Communications Inc. is a publicly held corporation. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

-2-

Dated: New York, New York
       January 16, 2008

                    Respectfully submitted,

                    Henry Weissmann
                    Hojoon Hwang
                    Jonathan H. Blavin
                    MUNGER, TOLLES & OLSON LLP
                    355 South Grand Avenue, Suite 3500
                    Los Angeles, CA  90071-1560
                    Tel:  213-683-9100 – Fax:  213-687-3702

                    Jeffrey S. Jacobson
                    Carl Micarelli
                    DEBEVOISE & PLIMPTON LLP
                    919 Third Avenue
                    New York, NY  10022-3916


                    By: /s/ Carl Micarelli
                         Carl Micarelli (CM 5332)

                    Attorneys for Petitioners Cellco Partnership d/b/a
                    Verizon Wireless and Verizon Communications Inc.