UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc., <br><br>           Petitioners,<br><br>vs.<br><br>PATRICIA BROWN, HAROLD P. SCHROER, and DAWN M. ZOBRIST, on an individual basis and on behalf of others similarly situated,<br><br>           Respondents. | NO. 08 CV 00427<br><br><u>PROOF OF SERVICE</u> |

## PROOF OF SERVICE BY MAIL

I, Anthony Levintow, declare:

1.    I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

2.    On January 22, 2008, I served true copies of the attached documents entitled

        PETITION TO VACATE ARBITRATION AWARD

        CIVIL COVER SHEET

        PETITIONERS' CORPORATE DISCLOSURE STATEMENT

by placing them in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices:

4332111.1

- 2 -

| | |
|---|---|
| Scott A. Bursor | Phillip A. Bock |
| Law Offices Of Scott A. Bursor | Diab & Bock |
| 500 Seventh Avenue, 10th Floor | 20 N. Wacker Drive |
| New York, NY 10018 | Suite 1741 |
| | Chicago, IL 60606 |

3.    I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2008, at San Francisco, California.

_____
Anthony Levintow