**MEMO ENDORSED**

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
www.debevoise.com

Carl Micarelli
Counsel
Tel 212 909 6813
Fax 212 521 7813
cmicarelli@debevoise.com

January 30, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

BY HAND

The Honorable Lewis A. Kaplan
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007-1312

JAN 31 2008

### Cellco Partnership d/b/a Verizon Wireless et al. v. Patricia Brown et al., No. 08 Civ. 427 (LAK)

Dear Judge Kaplan:

We represent petitioners Cellco Partnership d/b/a Verizon Wireless and Verizon Communications, Inc. in connection with this petition to vacate an arbitrator's award certifying a class. As indicated in the petition, petitioners will shortly be serving and filing a motion to vacate the award as contemplated by 9 U.S.C. §§ 6, 10 and 12.

Petitioners respectfully request permission to file a memorandum of law in support of that motion that exceeds the 35-page limit but does not exceed 50 pages. The additional pages are needed because of the complexity of the procedural and factual history, the extensive record of the arbitration proceeding, and the number and importance of the legal issues in this case. The motion involves the unusual circumstance of an arbitrator's certification of two nationwide classes comprising tens of millions of members, described by respondents' counsel as the largest contested class ever certified in any litigation or arbitration, in the face of contractual provisions barring class arbitration and choice of law provisions mandating application of 49 states' laws. As referenced in the petition, there are numerous and substantial legal issues to be addressed in this motion, warranting an enlargement of the page limit.

Petitioners' counsel have contacted respondents' counsel to seek their consent to this request but have not yet received a response.

Respectfully yours,

*Carl Micarelli*

Carl Micarelli

cc: Scott A. Bursor, Esq.

*Deemed Motion to be filed by 2/13/08*

22659802v3

LEWIS A. KAPLAN, USDJ
2/4/08

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai