**LAW OFFICES OF SCOTT A. BURSOR**
500 Seventh Avenue, 10th Floor
New York, NY 10018
(212) 989-9113 (tel)
(212) 989-9163 (fax)
scott@bursor.com

February 6, 2008

*By hand delivery*

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Cellco Partnership d/b/a Verizon Wireless v. Brown,*
      Case No. 08 CV 00427 (LAK)

Dear Judge Kaplan:

    I represent Patricia Brown, Harold P. Schroer, and Dawn M. Zobrist, the Respondents in this matter and Claimants in the ongoing arbitration proceeding that generated this action (hereafter, "Claimants"). On January 10, 2008, a AAA arbitration tribunal made a class determination award in the ongoing arbitration proceeding. On January 17, 2008, Verizon filed a petition in this Court to vacate that award. On January 29, 2008, Claimants served a motion to dismiss or in the alternative to summarily deny Verizon's petition. Verizon's counsel has informed me that Verizon intends to serve a motion to vacate the award on Monday, February 11, 2008.

    After conferring with Verizon's counsel, we have agreed to jointly request the following briefing schedule:

| | |
|---|---|
| February 11, 2008 | Verizon serves motion to vacate. |
| February 21, 2008 | Verizon's opposition to Claimants' motion to dismiss; Claimants' opposition to Verizon's motion to vacate. |
| March 6, 2008 | Claimants' reply in support of motion to dismiss; Verizon's reply in support of motion to vacate. |

A stipulation and proposed order setting forth this briefing schedule is enclosed.

    The parties have also agreed to jointly request a hearing on the pending motions during the week of March 10-14 or the week of March 17-21.

**LAW OFFICES OF SCOTT A. BURSOR**                                                                                         page 2

      Finally, for the convenience of the parties and their counsel, we have stipulated to accept service by email, and that such service shall be deemed the equivalent of service by hand for purposes of computation of time under all applicable rules.

Very truly yours,

*Scott A. Bursor*

Scott A. Bursor

Copy to:

Carl Micarelli, Esq., cmicarelli@debevoise.com
Henry Weissmann, Esq., henry.weissmann@mto.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS
and VERIZON COMMUNICATIONS INC.,

                              Petitioners,

-against-

PATRICIA BROWN, HAROLD P. SCHROER, and
DAWN M. ZOBRIST, on an individual basis and on
behalf of others similarly situated,

                              Respondents.

No. 08 CV 00427 (LAK)

---

## STIPULATION AND ORDER

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the briefing schedule for Respondents pending motion to dismiss or in the alternative to summarily deny the petition, filed January 29, 2008, and for Verizon's motion to vacate, shall be as follows:

| | |
|---|---|
| February 11, 2008 | Verizon serves motion to vacate. |
| February 21, 2008 | Verizon's opposition to Claimants' motion to dismiss; Claimants' opposition to Verizon's motion to vacate. |
| March 6, 2008 | Claimants' reply in support of motion to dismiss; Verizon's reply in support of motion to vacate. |

       IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order shall not be construed as grounds for or against a stay or extension of stay of the arbitration

proceedings under American Arbitration Association Supplemental Rules For Class Arbitrations, Rule 5(d).

IT IS FURTHER STIPULATED AND AGREED that in addition to any ECF service required by the rules of the Court, service of all papers in this matter shall be made by email, and that such service by email shall be deemed the equivalent of by hand service for purposes of computation of time under all applicable rules.

Dated February 7, 2008.

By _____Carl Micarelli_____

Carl Micarelli
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022-3916
(212) 909-6813 (tel)
(212) 521-7813 (fax)
cmicarelli@debevoise.com

*Attorneys for Petitioners Cellco Partnership d/b/a Verizon Wireless and Verizon Communications, Inc.*

By _____Scott A. Bursor_____

Scott A. Bursor
Law Offices of Scott A. Bursor
500 Seventh Avenue, Floor 10B
New York, NY 10018
(212) 989-9113 (tel)
(212) 989-9163 (fax)
scott@bursor.com

*Attorneys for Respondents Patricia Brown, Harold P. Schroer, and Dawn M. Zobrist*

SO ORDERED this ___ day of February, 2008:

_____
    Lewis A. Kaplan, U.S.D.J.