UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, :
and VERIZON COMMUNICATIONS INC.,           :
                                           :
                                           :   No. 08 CV 427 (LAK)
                    Petitioners,           :
       vs.                                 :   **NOTICE OF MOTION TO**
                                           :   **VACATE CLASS**
PATRICIA BROWN, HAROLD P. SCHROER, and     :   **DETERMINATION AWARD**
DAWN M. ZOBRIST, on an individual basis and on :
behalf of others similarly situated,       :
                                           :
                    Respondents.           :
------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Jonathan H. Blavin, the accompanying Memorandum of Law, and all the other papers and pleadings on file in this case, petitioners Cellco Partnership d/b/a Verizon Wireless and Verizon Communications Inc. will move before this Court, at a date, time and place to be set by the Court, for an order (*i*) vacating the Class Determination Award issued by an arbitrator of the American Arbitration Association on January 10, 2008 (the "Award"), (*ii*) enjoining Respondents from seeking to confirm or enforce the Award, and (*iii*) granting Petitioners such other and further relief as the Court may deem just and proper.

Dated: New York, New York            Respectfully submitted,
       February 11, 2008

| | |
|---|---|
| Henry Weissmann | /s/ Jeffrey S. Jacobson |
| Hojoon Hwang | Jeffrey S. Jacobson |
| Jonathan H. Blavin | Carl Micarelli |
| MUNGER, TOLLES & OLSON LLP | DEBEVOISE & PLIMPTON LLP |
| 355 South Grand Avenue, Suite 3500 | 919 Third Avenue |
| Los Angeles, CA 90071-1560 | New York, NY 10022-3916 |
| Tel: 213-683-9100 – Fax: 213-687-3702 | Tel: 212-909-6000 – Fax: 212-909-6836 |

*Attorneys for Petitioners Cellco Partnership d/b/a Verizon Wireless
and Verizon Communications Inc.*

## CERTIFICATE OF SERVICE

I, Carl Micarelli, a member of the Bar of this Court, certify as follows:

On this 11th day of February 2008, I served the within Notice of Motion to Vacate Class Determination Award, Declaration of Jonathan H. Blavin in Support of Petitioners' Motion to Vacate Class Determination Award (Redacted Public Version), and Memorandum of Law in Support of Petitioners' Motion to Vacate Class Determination Award upon Scott A. Bursor, counsel for the Respondents, by electronic mail to scott@bursor.com, such means of service being an electronic means to which he has consented in writing pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: New York, New York
February 11, 2008

_Carl Micarelli_
Carl Micarelli