UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS
and VERIZON COMMUNICATIONS INC.,

                                  Petitioners,

-against-

PATRICIA BROWN, HAROLD P. SCHROER, and
DAWN M. ZOBRIST, on an individual basis and on
behalf of others similarly situated,

                                  Respondents.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

No. 08 CV 00427 (LAK)

## STIPULATION AND ORDER

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the briefing schedule for Respondents pending motion to dismiss or in the alternative to summarily deny the petition, filed January 29, 2008, and for Verizon's motion to vacate, shall be as follows:

| | |
|---|---|
| February 11, 2008 | Verizon serves motion to vacate. |
| February 21, 2008 | Verizon's opposition to Claimants' motion to dismiss; Claimants' opposition to Verizon's motion to vacate. |
| March 6, 2008 | Claimants' reply in support of motion to dismiss; Verizon's reply in support of motion to vacate. |

        IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order shall not be construed as grounds for or against a stay or extension of stay of the arbitration

proceedings under American Arbitration Association Supplemental Rules For Class Arbitrations, Rule 5(d).

   IT IS FURTHER STIPULATED AND AGREED that in addition to any ECF service required by the rules of the Court, service of all papers in this matter shall be made by email, and that such service by email shall be deemed the equivalent of by hand service for purposes of computation of time under all applicable rules.

Dated February 7, 2008.

By /s/ Carl Micarelli

Carl Micarelli
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022-3916
(212) 909-6813 (tel)
(212) 521-7813 (fax)
cmicarelli@debevoise.com

*Attorneys for Petitioners Cellco Partnership d/b/a Verizon Wireless and Verizon Communications, Inc.*

By /s/ Scott A. Bursor

Scott A. Bursor
Law Offices of Scott A. Bursor
500 Seventh Avenue, Floor 10B
New York, NY 10018
(212) 989-9113 (tel)
(212) 989-9163 (fax)
scott@bursor.com

*Attorneys for Respondents Patricia Brown, Harold P. Schroer, and Dawn M. Zobrist*

SO ORDERED this 13 day of February, 2008:

_____
Lewis A. Kaplan, U.S.D.J.