**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON COMMUNICATIONS INC., <br><br> Petitioners, <br><br> vs. <br><br> PATRICIA BROWN, HAROLD P. SCHROER, and DAWN M. ZOBRIST, on an individual basis and on behalf of others similarly situated, <br><br> Respondents. | No. 08 CV 427 (LAK) <br><br> **MOTION TO ADMIT HENRY WEISSMANN AS COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the

Southern and Eastern Districts of New York, I, Carl Micarelli, a member in good standing of the

bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Henry Weissmann
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9150
Facsimile:   (213) 683-5150
Email:        Henry.Weissmann@mto.com

Henry Weissmann is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Mr. Weissmann in any State or Federal

court.

Dated:   New York, New York
         February 13, 2008

Respectfully submitted,

_Carl Micarelli_

Carl Micarelli
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone (212) 909-6813
Facsimile (212) 521-7813
Email cmicarelli@debevoise.com

Counsel for Petitioners Cellco Partnership d/b/a
Verizon Wireless, and Verizon Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS AND VERIZON COMMUNICATIONS INC., <br><br> Petitioners, <br><br> - against - <br><br> PATRICIA BROWN, HAROLD P. SCHROER, and DAWN M. ZOBRIST, on an individual basis and on behalf of others similarly situated, <br><br> Respondents. | No. 08 CV 427 (LAK) <br><br> **DECLARATION OF CARL MICARELLI IN SUPPORT OF MOTION TO ADMIT HENRY WEISSMANNN AS COUNSEL PRO HAC VICE** |

Carl Micarelli declares as follows:

1.      I am counsel at Debevoise & Plimpton LLP and one of the attorneys  for

Petitioners in the above-captioned action.  I am familiar with the proceedings in this case.  I

make this declaration in support of Petitioners' motion to admit Henry Weissmann as counsel

pro hac vice to represent Petitioners in this matter and, except as otherwise stated herein, based

on my personal knowledge of the facts set forth herein.

2.      I am a member in good standing of the bar of the State of New York and was

admitted to practice law in April 1992.  I am also admitted to the bar of the United States District

Court for the Southern District of New York and several other federal courts and am in good

standing with this Court and each other court to which I have been admitted.

3.      I have known Henry Weissmann since January 2008.

4.      Mr. Weissmann is a member of Munger, Tolles & Olson LLP in Los Angeles,

California.  A certificate issued within the past 30 days, evidencing Mr. Weissmann's good

standing as a member of the Bar of the State of California, is attached hereto.

5.      I understand and believe Mr. Weissmann to be a skilled attorney and a person of integrity, who is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Henry Weissmann pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Henry Weissmann pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Henry Weissmann pro hac vice to represent the Petitioners in the above-captioned matter be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008, at New York, New York.

Respectfully submitted,

Carl Micarelli

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

February 5, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HENRY WEISSMANN, #132418 was admitted to the practice of law in this state by the Supreme Court of California on December 18, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, et al., | Plaintiff, |
| - against - | |
| PATRICIA BROWN, et al. | Defendant. |

08  cv  427        (LAK)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Carl Micarelli        attorney for  petitioners Cellco Partnership et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Henry Weissmann |
| Firm Name: | Munger, Tolles & Olson LLP |
| Address: | 355 South Grand Avenue, 35th Floor |
| City/State/Zip: | Los Angeles, CA  90071-1560 |
| Telephone/Fax: | (213) 683-9150 (tel) / (213) 683-5150 (fax) |
| Email Address: | Henry.Weissmann@mto.com |

is admitted to practice pro hac vice as counsel for    petitioners Cellco Partnership et al.      in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____    SDNY RECEIPT# _____
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I, Carl Micarelli, a member of the Bar of this Court, certify as follows:

On this 12th day of February 2008, I served the within MOTION TO ADMIT HENRY

WEISSMANN AS COUNSEL PRO HAC VICE, including its attachments, upon Scott A.

Bursor, counsel for the Respondents, by sending a copy by electronic mail to scott@bursor.com,

such means of service being an electronic means to which he has consented in writing pursuant

to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.


Dated: New York, New York
      February 12, 2008

_____
             Carl Micarelli