UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELLCO PARTNERSHIP, etc., et ano.,

                Petitioners,

       -against-

PATRICIA BROWN, et al.,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 0427 (LAK)

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       Petitioners' motion to seal [docket item 10] is granted.

       SO ORDERED.

Dated:       February 19, 2008

                                  Lewis A. Kaplan
                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08