ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON COMMUNICATIONS INC.,<br><br>　　　　　　　　　Petitioners,<br><br>vs.<br><br>PATRICIA BROWN, HAROLD P. SCHROER, and DAWN M. ZOBRIST, on an individual basis and on behalf of others similarly situated,<br><br>　　　　　　　　　Respondents. | No. 08 CV 427 (LAK)<br><br>**MOTION TO ADMIT<br>HOJOON HWANG<br>AS COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Carl Micarelli, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

　　Hojoon Hwang
　　MUNGER, TOLLES & OLSON LLP
　　560 Mission Street, 27th Floor
　　San Francisco, CA 94105-2907
　　Telephone: (415) 512-4009
　　Facsimile: (415) 644-6909
　　Email:　　Hojoon.Hwang@mto.com

Hojoon Hwang is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Hwang in any State or Federal court.

Dated:　New York, New York
　　　　February 13, 2008

Respectfully submitted,

*Carl Micarelli*
Carl Micarelli
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone (212) 909-6813
Facsimile (212) 521-7813
Email cmicarelli@debevoise.com

Counsel for Petitioners Cellco Partnership d/b/a
Verizon Wireless, and Verizon Communications, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS AND VERIZON COMMUNICATIONS INC., <br><br> Petitioners, <br><br> - against - <br><br> PATRICIA BROWN, HAROLD P. SCHROER, and DAWN M. ZOBRIST, on an individual basis and on behalf of others similarly situated, <br><br> Respondents. | No. 08 CV 427 (LAK) <br><br> **DECLARATION OF CARL MICARELLI IN SUPPORT OF MOTION TO ADMIT HOJOON HWANG AS COUNSEL PRO HAC VICE** |

Carl Micarelli declares as follows:

1. I am counsel at Debevoise & Plimpton LLP and one of the attorneys for Petitioners in the above-captioned action. I am familiar with the proceedings in this case. I make this declaration in support of Petitioners' motion to admit Hojoon Hwang as counsel pro hac vice to represent Petitioners in this matter and, except as otherwise stated herein, based on my personal knowledge of the facts set forth herein.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in April 1992. I am also admitted to the bar of the United States District Court for the Southern District of New York and several other federal courts and am in good standing with this Court and each other court to which I have been admitted.

3. I have known Hojoon Hwang since January 2008.

4. Mr. Hwang is a member of Munger, Tolles & Olson LLP in San Francisco, California. A certificate issued within the past 30 days, evidencing Mr. Hwang's good standing as a member of the Bar of the State of California, is attached hereto.

5.  I understand and believe Mr. Hwang to be a skilled attorney and a person of integrity, who is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Hojoon Hwang pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Hojoon Hwang pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Hojoon Hwang pro hac vice to represent the Petitioners in the above-captioned matter be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2008, at New York, New York.

Respectfully submitted,

_____
Carl Micarelli



THE
STATE BAR
OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 25, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HOJOON HWANG, #184950 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 1996; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS, et al.,             Plaintiff,

                                                          08   cv   427      (LAK)

           - against -
PATRICIA BROWN, et al.,              Defendant.           **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**
                                                          **ON WRITTEN MOTION**

Upon the motion of  Carl Micarelli          attorney for   petitioners Cellco Partnership et al.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Hojoon Hwang

    Firm Name:           Munger, Tolles & Olson LLP

    Address:             560 Mission Street, 27th Floor

    City/State/Zip:      San Francisco, CA 94105-2907

    Telephone/Fax:       (415) 512-4009 (tel) / (415) 644-6909 (fax)

    Email Address:       Hojoon.Hwang@mto.com

is admitted to practice pro hac vice as counsel for   petitioners Cellco Partnership et al.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                            _____
                                            United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I, Carl Micarelli, a member of the Bar of this Court, certify as follows:

On this 12th day of February 2008, I served the within MOTION TO ADMIT HOJOON HWANG AS COUNSEL PRO HAC VICE, including its attachments, upon Scott A. Bursor, counsel for the Respondents, by sending a copy by electronic mail to scott@bursor.com, such means of service being an electronic means to which he has consented in writing pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 12, 2008

_____
Carl Micarelli