ORIGINAL    MEMO ENDORSED
SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS
and VERIZON COMMUNICATIONS INC.,

        Petitioners,

vs.

PATRICIA BROWN, HAROLD P. SCHROER, and
DAWN M. ZOBRIST, on an individual basis and on
behalf of others similarly situated,

        Respondents.

No. 08 CV 427 (LAK)

**MOTION TO ADMIT
HENRY WEISSMANN
AS COUNSEL PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Carl Micarelli, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

    Henry Weissmann
    MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 35th Floor
    Los Angeles, CA 90071-1560
    Telephone: (213) 683-9150
    Facsimile: (213) 683-5150
    Email: Henry.Weissmann@mto.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

Henry Weissmann is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Mr. Weissmann in any State or Federal court.

Dated: New York, New York
       February 13, 2008

SO ORDERED
_____
LEWIS A. KAPLAN, USDJ

Respectfully submitted,

_Carl Micarelli_
Carl Micarelli
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Telephone (212) 909-6813
Facsimile (212) 521-7813
Email cmicarelli@debevoise.com

Counsel for Petitioners Cellco Partnership d/b/a
Verizon Wireless, and Verizon Communications, Inc.