UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, :
and VERIZON COMMUNICATIONS INC., :
:
                            Petitioners, :
:    No. 08 CV 427 (LAK)
vs. :
:    Filed Electronically
PATRICIA BROWN, HAROLD P. SCHROER, and :
DAWN M. ZOBRIST, on an individual basis and on :
behalf of others similarly situated, :
:
                            Respondents. :
:
------------------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I, Carl Micarelli, a member of the Bar of this Court, certify as follows:

On the 6th day of March 2008, I served the Reply Memorandum in Support of Petitioners' Motion to Vacate Class Determination Award upon Scott A. Bursor, counsel for the Respondents, by electronic mail to scott@bursor.com, such means of service being an electronic means to which he has consented in writing pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: New York, New York
        March 7, 2008

                                          /s/ Carl Micarelli
                                          Carl Micarelli
                                          DEBEVOISE & PLIMPTON LLP
                                          919 Third Avenue
                                          New York, NY 10022
                                          Telephone (212) 909-6000
                                          Facsimile (212) 909-6836
                                          Email cmicarelli@debevoise.com