James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Rd.
Roseland, New Jersey 07068
(973) 994-1700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON COMMUNICATIONS, INC.<br><br>                          Petitioners,<br><br>       v.<br><br>PATRICIA BROWN, HAROLD P. SCHROER and DAWN M. ZOBRIST, on an individual basis and on behalf of others similarly situated<br><br>                          Respondents. | Docket No. 08-cv-427 (RWS)<br><br><br>**NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Plaintiff John Waudby in the above matter.

            CARELLA, BYRNE, BAIN, GILFILLAN,
            CECCHI, STEWART & OLSTEIN
            Attorneys for Plaintiff
            JOHN WAUDBY

            By: /s/ Lindsey H. Taylor
               LINDSEY H. TAYLOR

Dated: March 17, 2008