UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON COMMUNICATIONS INC.,

       Petitioners,

-against-

PATRICIA BROWN, HAROLD P. SCHROER, and DAWN M. ZOBRIST, on an individual basis and on behalf of others similarly situated,

       Respondents.

No. 08 CV 00427 (LAK)

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

---

Upon the Declaration of Scott A. Bursor, sworn to the 14th day of March, 2008, and upon the copy of the Partial Final Award Enjoining Class Members From Bringing Or Prosecuting Conflicting Class Actions (hereafter, the "Partial Final Award") hereto annexed, it is

ORDERED, that the Petitioner, Cellco Partnership d/b/a Verizon Wireless, show cause before a motion term of this Court, at Room _18C_ United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _March 26, 2008_, at ~~____ o'clock in the~~ _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining any party during the pendency of this action from violating the injunction set forth in the Partial Final Award; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of plaintiff's application for a preliminary injunction and/or confirmation of the Partial



Final Award, pursuant to Rule 65, Fed. R. Civ. P., all parties are temporarily restrained from violating the injunction set forth in the Partial Final Award; and it is further

ORDERED that service of a copy of this order and annexed declaration upon counsel for all interested parties on or before ___5___ o'clock in the ~~a~~noon, March 17, 2008 shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: 11:45 AM

_____
United States District Judge