UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
:
CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, :
and VERIZON COMMUNICATIONS INC.,           :
                                           :      No. 08 CV 427 (RWS)
                    Petitioners,           :
                                           :      Filed Electronically
   vs.                                     :
                                           :      **NOTICE OF APPEARANCE**
PATRICIA BROWN, HAROLD P. SCHROER, and     :      **AND REQUEST FOR**
DAWN M. ZOBRIST, on an individual basis and on :  **ELECTRONIC NOTIFICATION**
behalf of others similarly situated,       :
                                           :
                    Respondents.           :
                                           :
----------------------------------------------------------------------x

TO:   The Clerk of the Court and All Counsel

   PLEASE TAKE NOTICE that the Petitioners, Cellco Partnership d/b/a Verizon Wireless, and Verizon Communications Inc., appear in the case captioned above by their attorney, Henry Weissmann of Munger Tolles & Olson LLP, who has been admitted to appear *pro hac vice*. This appearance is in addition to the attorneys who have previously appeared for Petitioners in this case. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to him at the address given below.

Dated: Los Angeles, California
       March 24, 2008

                              **/s/ Henry Weissmann**
                              Henry Weissmann
                              E-mail: Henry.Weissmann@mto.com
                              MUNGER, TOLLES & OLSON LLP
                              355 South Grand Avenue, Suite 3500
                              Los Angeles, CA  90071-1560
                              Tel: 213-683-9100 – Fax: 213-687-3702

                              *Attorney for Petitioners*

22698466v1