UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

-----------------------------------------X

Cellco Partnership,

-v.-

Patricia Brown, et al

-----------------------------------------X

08 Civ. 427 (RWS)

Please be advised that the conference scheduled

for __May 21, 08__ has been rescheduled to  sine die.

_____ at _____ in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5-15-08

_____
ROBERT W. SWEET
United States District Judge