## MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

July 11, 2008



WRITER'S DIRECT LINE
(213) 683-9150
(213) 683-5150 FAX
Henry.Weissmann@mto.com

**VIA ECF AND FACSIMILE**

Honorable Robert W. Sweet
United States District Judge
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

*The stay is granted. So ordered.*
*[signature] Sweet USDJ*
*7-18-08*

Re:    Cellco Partnership d/b/a Verizon Wireless v. Brown, No. 08 CV 427 (RWS)

Dear Judge Sweet:

       We wish to inform you that Verizon Wireless and claimants Patricia Brown and Harold Schroer have reached a settlement of all claims asserted in the underlying arbitration that is the subject of this action. As a result, the parties request that the Court stay all proceedings in this matter, including consideration of the pending motion to vacate the Class Determination Award, the motion to dismiss the petition to vacate, and the cross-motions concerning the Partial Final Award.

       The settlement agreement is between Verizon Wireless, on the one hand, and claimants Ms. Brown, Mr. Schroer, and the plaintiffs in *Molly White et al. v. Cellco Partnership db/a Verizon Wireless*, Case No. RG04-137699, Superior Court of the State of California, Alameda County (the "California Action"). The proposed settlement class includes all persons in the United States who are or were parties to a wireless service contract with Verizon Wireless

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

MUNGER, TOLLES & OLSON LLP

Honorable Robert W. Sweet
July 11, 2008
Page 2

that includes or included a provision for a flat-rate early termination fee since July 23, 1999. The parties to the Settlement also agreed to cooperate in seeking the dismissal of all other actions, including this case and the underlying arbitration.

  The California court's order preliminarily approving the settlement is enclosed herewith. Promptly upon final approval of the settlement by the California court, the parties to the Settlement intend to move this Court for an order vacating the Class Determination Award and Partial Final Award and directing the arbitrator to dismiss the arbitration action with prejudice.

  I am authorized to state that Scott Bursor, who has been designated lead counsel for the claimants in the arbitration, joins in this request for stay.

Respectfully submitted,

Henry Weissmann

Enclosure
cc: Service List

5474269.1